# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TYSON HILDEBRANDT, | Case No.: 1:25-cv-00358 |
| Plaintiff, | **NOTICE OF SPECIAL APPEARANCE** |
| vs. | |
| WAL-MART STORES EAST, LP, | |
| Defendant. | |

Please take notice that the undersigned Emanuel Kataev, Esq. hereby enters a notice of special appearance as attorney for Plaintiff Tyson Hildebrandt in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Leonard A. Bennett. I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

//

1

Dated: May 14, 2025

/s/ Emanuel Kataev
Emanuel Kataev, Esq.
**CONSUMER ATTORNEYS PLLC**
68-29 Main Street
Flushing, NY 11367
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

/s/ Leonard A. Bennett
Leonard A. Bennett, NCSB #21576
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
Email: lenbennett@clalegal.com

*Attorney for Plaintiff Tyson Hildebrandt*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Mia Kristensen*
