# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TYSON HILDEBRANDT,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, LP,<br><br>Defendant. | Civil Action No. 1:25-cv-00358<br><br>**DEFENDANT'S PARTIAL MOTION TO DISMISS** |

COMES NOW Defendant Wal-Mart Stores East, LP, ("Wal-Mart" or "Defendant"), through its counsel, and files this Partial Motion to Dismiss pursuant to Rule 12(b)(6).

Plaintiff Tyson Hildebrandt brings claims for alleging that Defendant discriminated and retaliated against him in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, ("Title VII"), wrongfully terminated his employment in violation of public policy, and violated the North Carolina Equal Employment Practices Act, N.C. Gen. Stat. § 143-422.1 *et seq.*, ("NCEEPA"). Here, Defendant moves to dismiss Plaintiff's claims in part. Specifically, Defendant moves to dismiss the Second Cause of Action for retaliation for failure to identify an adverse employment action, the Third cause of action, which is impermissibly premised on a claim of constructive discharge, and the Fourth causes of action because NCEEPA does not create a private right of action.

Defendant is submitting a brief in support of this Motion. For the reasons given here and in the accompanying papers, Defendant respectfully requests that the Court grant this Motion and award Defendant any appropriate costs, fees, or other relief.

Respectfully submitted, this 25th day of June, 2025

/s/ Kevin Cleys
Kevin Cleys, Bar No. 51589
kcleys@littler.com
William H. Foster
Pro Hac Vice Motion Forthcoming
bfoster@littler.com
LITTLER MENDELSON, P.C.
620 South Tryon Street
Suite 950
Charlotte, North Carolina 28202
Telephone:	704.972.7000
Facsimile:	704.333.4005

*Attorneys for Defendant Wal-Mart Stores East, LP*

# CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Leonard A. Bennett
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Email: lenbennett@clalegal.com

Emanuel Kataev, Esq.
Pro Hac Vice Motion Forthcoming
CONSUMER ATTORNEYS PLLC
68-29 Main Street
Flushing, NY 11367
ekataev@consumerattomeys.com

*Attorneys for Plaintiff*

/s/ Kevin Cleys
Kevin Cleys, Bar No. 51589
kcleys@littler.com
William H. Foster
Pro Hac Vice Motion Forthcoming
bfoster@littler.com
LITTLER MENDELSON, P.C.
620 South Tryon Street
Suite 950
Charlotte, North Carolina 28202
Telephone: 704.972.7000
Facsimile: 704.333.4005

*Attorneys for Defendant Wal-Mart Stores East, LP*

- 3 -
Case 1:25-cv-00358-TDS-LPA   Document 12   Filed 06/25/25   Page 3 of 3