UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

TYSON HILDEBRANDT,

    Plaintiff,

v.                                                  Case No. 1:25-cv-00358-TDS-LPA

WAL-MART STORES EAST, LP,

    Defendant.

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND FOR TEMPORARY STAY

This matter comes before the Court on the Motion to Withdraw as Counsel and for Temporary Stay filed by Leonard A. Bennett, local counsel for Plaintiff Tyson Hildebrandt. Having considered the Motion, and for good cause shown,

IT IS HEREBY ORDERED that:

1.     The Motion to Withdraw as Counsel (ECF No. ___) is GRANTED.

2.     Leonard A. Bennett is authorized to communicate directly with Plaintiff Tyson Hildebrandt for the limited purpose of advising Plaintiff of this Order and the need to retain substitute local counsel.

3.     All proceedings in this matter are TEMPORARILY STAYED for thirty (30) days from the date of this Order to allow Plaintiff and lead counsel Emanuel Kataev to retain substitute local counsel admitted to practice before this Court pursuant to Local Civil Rule 83.1(d).

4.     During the stay period, all deadlines in this matter, including but not limited to discovery deadlines, motion deadlines, and the deadline to respond to Defendant's Partial Motion to Dismiss (ECF No. 12), are hereby SUSPENDED.

5. The time for Plaintiff, if appropriate, to file a motion for enlargement of time to respond to Defendant's Partial Motion to Dismiss (ECF No. 12) is enlarged to the date ten (10) days following the retention of substitute local counsel or the expiration of the stay, whichever occurs first.

6. Plaintiff and lead counsel Emanuel Kataev SHALL file a notice with the Court within thirty (30) days of the date of this Order indicating either: (a) the identity of substitute local counsel who has entered an appearance in this matter; or (b) a status report detailing efforts to obtain substitute local counsel and requesting additional time if needed.

7. Upon the entry of substitute local counsel or the expiration of the stay period, whichever occurs first, the Clerk of Court is DIRECTED to terminate Leonard A. Bennett from the CM/ECF docket as counsel for Plaintiff.

8. Leonard A. Bennett shall cooperate fully with substitute counsel to ensure an orderly transition of the representation, including but not limited to providing access to all case files, discovery materials, and other documents in his possession relating to this matter.

9. This stay does not affect the continuing representation of Plaintiff by lead counsel Emanuel Kataev of SAGE LEGAL LLC, who remains counsel of record for Plaintiff.

10. All other pending deadlines and scheduling orders shall be extended by thirty (30) days from their original dates, unless otherwise ordered by the Court or modified by agreement of the parties.

IT IS SO ORDERED this ____ day of _____, 2026.

_____
The Hon. Thomas D. Schroeder
United States District Judge