UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TYSON HILDEBRANDT,

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,

    Defendant.

Case No.: 1:25-cv-358 (TDS) (LPA)

**DECLARATION OF TYSON HILDEBRANDT**

Tyson Hildebrandt declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am the Plaintiff in this case.

2. I make this declaration based on my own personal knowledge.

3. My attorney Emanuel Kataev, Esq. ("Kataev") has met with me on numerous occasions to apprise me of the status of the case.

4. Most recently, I met with Kataev on January 6, 2026.

5. Prior thereto, I met with Kataev on December 17, 2025.

6. I had also met with Kataev on prior occasions I need not detail here.

7. On January 29, 2026, as required by this Court's January 22, 2026, Kataev met with me virtually today to provide a copy of the Order, explain it, *and* emailed me a copy of the Order.

8. I have had an opportunity to review it and am informed about what is going on in my case.

9. I understand the Court wishes to hear from me about my position on Mr. Leonard Bennett's ("Bennett") motion to withdraw.

10. I consent to Bennett's withdrawal, as well as his firm.

11. Kataev has informed me that another local counsel is expected to file a notice of appearance on this case on or before Friday, February 20, 2026.

12. I am advised by Kataev and his staff that the attorney's name is Randy Emory, Esq. of the Emory Law Firm.

13. In light of the foregoing, and given my consent, I respectfully ask that this Court consider accepting this declaration in lieu of my appearance on Monday, February 23, 2026.

14. My understanding is that once Emory enters his appearance, Kataev will be simultaneously filing a motion for an extension of time, *nunc pro tunc*, to file opposition to Defendant's partial motion to dismiss, as well as a memorandum of law in opposition to Defendant's partial motion to dismiss.

15. I respectfully ask that the Court consider both motions on the merits as is the stated preference in the Fourth Circuit where I am advised this case falls under.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 29, 2026.

*Tyson Hildebrandt*
_____
Tyson Hildebrandt

# CERTIFICATE *of* SIGNATURE

REF. NUMBER
**UMDKJ-DRC5E-DUQJB-XSEDY**

DOCUMENT COMPLETED BY ALL PARTIES ON
**29 JAN 2026 12:36:50**
**AMERICA/NEW YORK**

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|
| **TYSON HILDEBRANDT**<br>EMAIL<br>**TYSONHILDEBRANDT@YAHOO.COM**<br>SHARED VIA<br>**LINK** | SENT<br>**29 JAN 2026 12:35:28**<br>VIEWED<br>**29 JAN 2026 12:36:33**<br>SIGNED<br>**29 JAN 2026 12:36:50** | *Tyson Hildebrandt*<br>IP ADDRESS<br>**71.76.195.181**<br>LOCATION<br>**KERNERSVILLE, UNITED STATES** |